■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN CAMPBELL, Appellant, v DOMINIC J. MANTELLO, as Superintendent of Wende Correctional Facility, Respondent.—Judg-

ment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolf, Jr., J.—Habeas Corpus.) Present—Denman, P. J., Boomer, Green, Balio and Davis, JJ.